UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11809-DPW

_____
KRISTIN B. STAVROS,                                           )
as natural guardian and next friend of                        )
JOCEYLYN STAVROS, a minor and beneficiary of                  )
THE DOUGLAS J STAVROS                                         )
REVOCABLE TRUST, dated September 24, 2004,                    )
    *Plaintiff*                                              )
                                                              )
v.                                                            )
                                                              )
DIANNA M. STAVROS, individually and as                        )
Trustee of THE DOUGLAS J STAVROS                              )
REVOCABLE TRUST, dated September 24, 2004                     )
    *Defendant*                                             )
_____)

**DIANNA STAVROS' MOTION TO CONTINUE SCHEDULING CONFERENCE**

Dianna Stavros respectfully asks that the scheduling conference now scheduled for 2:30 p.m. on October 18, 2005 be continued. As grounds for this motion, Dianna states that on October 18 her attorneys will be on trial in *Collins v. Monti*, Suffolk County Probate and Family Court case No. 04E-0078. *Collins v. Monti* case is scheduled for 8 consecutive days of trial beginning on October 17. Attorney Michael L. Altman is chief trial counsel in that case and Attorney Jo Ann Citron is occupying the second seat. Mr. Altman is also chief trial counsel in *Pavlis v. Swanson*, Essex County Superior Court case No. 03-2405A, scheduled for 5 consecutive days of trial beginning November 7.

Dianna Stavros' counsel has been in touch with the office of counsel for the plaintiff Kristin Stavros. **Plaintiff's counsel agrees** to continuing the scheduling

2

conference and all attorneys are available on the following dates: November 2, 3, 4, 14, 15, 16.

For the foregoing reasons, Dianna Stavros asks that the scheduling conference in this case be continued.

                                      Respectfully submitted,
                                      DIANNA M. STAVROS
                                      By her attorneys,

                                      /s/ Michael L. Altman
                                      Michael L. Altman BBO # 16800
                                      Jo Ann Citron BBO # 561164
                                      Altman & Citron LLP
                                      100 Franklin Street
                                      Boston, MA 02110
                                      617 742-2772

Date:  September 9, 2005

2