UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11809-DPW

| | |
|---|---|
| KRISTIN B. STAVROS, <br> as natural guardian and next friend of <br> JOCEYLYN STAVROS, a minor and beneficiary of <br> THE DOUGLAS J STAVROS <br> REVOCABLE TRUST, dated September 24, 2004, <br> *Plaintiff* <br> <br> v. <br> <br> DIANNA M. STAVROS, individually and as <br> Trustee of THE DOUGLAS J STAVROS <br> REVOCABLE TRUST, dated September 24, 2004 <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ANSWER OF DIANNA STAVROS TO COMPLAINT**

Defendant Dianna Stavros answers the Plaintiff's Complaint in Equity, paragraph by paragraph, as follows:

The unnumbered paragraphs of the Complaint are introductory in nature and no answer is required.

1. This paragraph contains an allegation of law to which no answer is required.

2. This paragraph contains an allegation of law to which no answer is required.

3. This paragraph contains an allegation of law to which no answer is required.

4. Admitted.

5. Denied as to the adverb. Admitted as to the remaining allegations.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in this paragraph.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied as to the adverbs.  Admitted as to the remaining allegations.

13. Denied.

14. Denied.

15. Denied as to the adverb.  The defendant is without information or knowledge sufficient to form a belief as to the truth or accuracy of the remaining allegations.

16. Admitted.

17. The first sentence is admitted.  Exhibit A is a true copy of the Douglas J. Stavros Revocable Trust dated September 24, 2004.  The document speaks for itself and no further answer is required.

18. Denied.

19. Admitted that the plaintiff was put on notice that she was occupying the premises without the permission or consent of the owner.  Defendant is without information or knowledge sufficient to form a belief as to the truth or accuracy of the allegations contained in the second sentence.  The third sentence requires no answer.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

### AFFIRMATIVE DEFENSE

34. That portion of Count I alleged in Paragraphs 21 through 23 of the Plaintiff's Complaint should be dismissed for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

35. Count II of the Plaintiff's Complaint should be dismissed for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

### COUNTERCLAIM – TRUSTEE v. KRISTIN STAVROS

36. Plaintiff-in-Counterclaim is Dianna Stavros, Trustee of The Douglas J. Stavros Revocable Trust, dated September 24, 2005.

37. Defendant-in-Counterclaim is Kristin Stavros.

38. Kristin Stavros resides at 26 Mount Joy Drive, Tewksbury, Massachusetts (the Premises).

39. The property at 26 Mount Joy Drive, Tewksbury, Massachusetts is owned by the Douglas J. Stavros Revocable Trust (the Trust).

40. Douglas Stavros resided at the Premises until he died on January 31, 2005. Kristin Stavros, his wife, resided there with him.

41. Kristin Stavros remained on the Premises after Douglas Stavros' death.

42. The property at 26 Mount Joy Drive is mortgaged and the Trustee is making the monthly mortgage payments.

43. On or about July 27, 2005, the Trustee requested that Kristin Stavros pay something for occupying the Premises.

44. Kristin Stavros refused to pay any money to the Trustee.

45. Kristin Stavros continues to reside at the Premises.

46. Kristin Stavros is continuing to refuse to pay rent or any other monies, despite continuing to occupy the premises.

47. As a direct and proximate result of Kristin Stavros' failure to pay rent, the Plaintiff-in-Counterclaim has been harmed.

Respectfully submitted,
DIANNA M. STAVROS
By her attorneys,

/s/ Michael Altman

Michael Altman BBO # 16800
Jo Ann Citron BBO # 561164
Altman & Citron LLP
100 Franklin Street
Boston, MA 02110
617 742-2772

Date: September 22, 2005