UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11809-DPW

|   |   |
|---|---|
| KRISTIN B. STAVROS, as Guardian of JOCELYN STAVROS, a minor and a beneficiary of THE DOUGLAS J STAVROS REVOCABLE TRUST, dated September 24, 2004<br>*Plaintiff*,<br><br>v.<br><br>DIANNA M. STAVROS, individually and as Trustee of THE DOUGLAS J STAVROS REVOCABLE TRUST, dated September 24, 2004<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S/DEFENDANT-IN-COUNTERCLAIM'S ANSWER
TO DEFENDANT'S/PLAINTIFF-IN-COUNTERCLAIM'S COUNTERCLAIM**

NOW COMES the Plaintiff/Defendant-in-Counterclaim, Kristin B. Stavros, widow of Douglas J. Stavros and the Guardian of Jocelyn Stavros (Middlesex Probate and Family Court Docket No. 05P-3817-GM), beneficiary of The Douglas J. Stavros Revocable Trust, and hereby answers the Defendant's/Plaintiff-in-Counterclaim's, Dianna M. Stavros, Counterclaim – "Trustee v. Kristin Stavros" as follows:

36. Denied.

37. Admitted. Defendant-in-Counterclaim, Kristin Stavros is the widow of Douglas Stavros and the legal Guardian of Kristin Stavros' and Douglas Stavros' five-year old daughter, Jocelyn Stavros, a minor and beneficiary of The Douglas J. Stavros Revocable Trust.

38.     Admitted.  The Defendant-in-Counterclaim resides on the premises with Jocelyn, for whom Defendant-in-Counterclaim is the legal Guardian, the Trust's beneficiary, as the premises are Jocelyn's home, Jocelyn is a minor, and Jocelyn must be cared for by her legal Guardian.

39.     Denied.

40.     Admitted.  In further answer to Plaintiff-in-Counterclaim's averment, Defendant-in-Counterclaim states that she is the legal Guardian of Jocelyn Stavros, beneficiary of The Douglas J. Stavros Revocable Trust, and that the Defendant-in-Counterclaim, Jocelyn Stavros, and Douglas Stavros resided together at the premises at the time of Douglas Stavros' death on or about January 31, 2005.

41.     Admitted to the extent that Defendant-in-Counterclaim, the legal Guardian of Jocelyn Stavros, beneficiary of The Douglas J. Stavros Revocable Trust, and Jocelyn Stavros have continued to reside at the premises after Douglas Stavros' death on or about January 31, 2005, as the premises were and are their home.

42.     Admitted to the extent there was a mortgage on the property at one point in time.

43.     Admitted.

44.     Denied.

45.     Admitted.  Defendant-in-Counterclaim is the legal Guardian of Jocelyn Stavros, beneficiary of The Douglas J. Stavros Revocable Trust, and the Defendant-in-Counterclaim resides with Jocelyn Stavros on the premises.  The Defendant-in-Counterclaim continues to reside on the premises with Jocelyn for whom Defendant-in-Counterclaim is the legal Guardian, the Trust's beneficiary, as the premises are Jocelyn's home, Jocelyn is a minor, and Jocelyn must be cared for by her Guardian.

46. Denied as to the first part of the Plaintiff-in-Counterclaim's averment. Admitted that Defendant-in-Counterclaim is the Guardian of Jocelyn Stavros, beneficiary of The Douglas J. Stavros Revocable Trust, and the Defendant-in-Counterclaim continues to occupy the premises with Jocelyn Stavros. The Defendant-in-Counterclaim continues to occupy the premises with Jocelyn as Guardian of five-year old Jocelyn, the Trust's beneficiary, as the premises are Jocelyn's home, Jocelyn is a minor, and Jocelyn must be cared for by her Guardian.

47. Denied.

Plaintiff,

KRISTIN B. STAVROS,
Guardian of JOCELYN STAVROS,
a beneficiary of
The Douglas J. Stavros Revocable Trust

By her attorney,

    /s/ **Brian D. Bixby**_____
Brian D. Bixby, BBO#044140
BURNS & LEVINSON LLP
125 Summer Street
Dated:  October 12, 2005    Boston, MA  02110
617-345-3000 telephone
617-345-3299 facsimile
bbixby@burnslev.com