## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11809-DPW

| | |
|---|---|
| KRISTIN B. STAVROS, <br> as natural guardian and next friend of <br> JOCEYLYN STAVROS, a minor and beneficiary of <br> THE DOUGLAS J STAVROS <br> REVOCABLE TRUST, dated September 24, 2004, <br>     *Plaintiff* <br><br> v. <br><br> DIANNA M. STAVROS, individually and as <br> Trustee of THE DOUGLAS J STAVROS <br> REVOCABLE TRUST, dated September 24, 2004 <br>     *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### Affidavit of Michael L. Altman in Opposition to Plaintiff's Motion to Remand to State Court

Michael L. Altman states under the penalties of perjury that the following facts are true and are within his personal knowledge:

1. This case is an action seeking rescission of a trust and removal of the trustee.

2. This case was originally filed in the Probate and Family court of Middlesex County, Massachusetts on August 22, 2005.

3. Notice of Removal to the United States District Court for the District of Massachusetts was timely filed on August 29, 2005.

4. Defendant served written Notice of Removal to the Plaintiff on September 16, 2005.

5. Defendant served written Notice of Removal to the Probate Court on September 16, 2005.

6. The Plaintiff is now and at the time the action was commenced a citizen of the Commonwealth of Massachusetts.

7. The Defendant is now and was at the time the action was commenced a citizen of the State of Maine.

8. Plaintiff has not asserted that Defendant is a citizen of the state in which the action was brought.

9. The amount in controversy exceeds $75,000. The property held by the trust involved in this case consists of more than $100,000 in cash and a house in Tewksbury, Massachusetts.

10. Neither the cash nor the house, held by the trust, is mentioned in Douglas J. Stavros's will; as such they are not part of the probate estate of Douglas J. Stavros.

11. The Middlesex Probate and Family Court has not assumed jurisdiction over the property held by the trust at issue in this complaint.

12. To date, the only action taken by the Middlesex Probate and Family Court, regarding *In re Estate of Douglas J. Stavros*, is the appointment of Dianna Stavros as temporary administrator to sell certain antique cars and other vehicles and to pay certain expenses incurred by the estate.

13. The United States District Court for the District of Massachusetts is located less than three miles from the Middlesex Probate and Family Court.

14. Plaintiff filed a Motion to Consolidate in the Middlesex Probate and Family Court on September 16, 2005.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 12th DAY OF OCTOBER, 2005

                                        /s/ Michael Altman
                                        Michael Altman BBO # 16800
                                        Jo Ann Citron BBO # 561164
                                        Altman & Citron LLP
                                        100 Franklin Street
                                        Boston, MA 02110
                                        617 742-2772

Date: October 12, 2005