UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-11809-DPW

```
_____
                                    )
KRISTIN B. STAVROS, as Guardian     )
of  JOCELYN STAVROS, a minor and    )
a beneficiary of THE DOUGLAS J STAVROS )
REVOCABLE TRUST, dated September 24, 2004 )
             Plaintiff,             )
                                    )
v.                                  )
                                    )
DIANNA M. STAVROS, individually and as )
Trustee of THE DOUGLAS J STAVROS    )
REVOCABLE TRUST, dated September 24, 2004 )
             Defendant.             )
_____ )
```

## JOINT STATEMENT REGARDING SCHEDULING CONFERENCE

Pursuant to Local Rule 16.1, the parties to the above entitled matter hereby submit this proposed Pre-Trial Schedule:

11/15/05     Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) completed.

12/15/05     Discovery completed as related to summary judgment motions or motions to vacate (i.e., written discovery related to motions for summary judgment or motions to vacate served by 12/15/05 and  depositions noticed related to motions for summary judgment or motions to vacate to be taken by 12/15/05), except that in no event shall a party have less than 30 days within which to take discovery arising out of a late production of information from another party.

12/15/05     All Motions to Compel related to discovery related to motions for summary judgment or motions to vacate filed.

12/15/05     Initial summary judgment motions and motions to vacate filed.

12/30/05     Response/Opposition to initial summary judgment motions or motions to vacate filed.

1/15/06    Date by which all Hearings to be held on Motion for Summary Judgment or Motion to Vacate.

The parties request that the Court set a Pre-Trial Conference for a date within 30 days of issuing a decision on defendant's summary judgment motion if it is denied.

**Certifications**

Kristin B. Stavros and her counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Kristin B. Stavros as Guardian of Jocelyn Stavros, a beneficiary of The Douglas J. Stavros Revocable Trust dated September 24, 2004

**/s/Brian D. Bixby**
Brian D. Bixby, Esquire

Dianna M. Stavros and her counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dianna M. Stavros, Individually
And as Trustee of The Douglas J. Stavros Revocable Trust dated September 24, 2004

**/s/ Michael Altman**
Michael Altman, Esquire

Respectfully submitted,

Defendant,
DIANNA M. STAVROS,
Individually and as
Trustee of
The Douglas J. Stavros Revocable Trust
By her attorney,

**/s/ Michael Altman**

Joann Citron, BBO#561164
Michael Altman, BBO#16800
ALTMAN & CITRON
100 Franklin Street
Boston, MA  02110
617-742-2772
617-449-9509
citron@altmancitron.com
altman@altmancitron.com

Plaintiff,
KRISTIN B. STAVROS,
Guardian of JOCELYN STAVROS,
a beneficiary of
The Douglas J. Stavros Revocable Trust
By her attorney,

**/s/Brian D. Bixby**

Brian D. Bixby, BBO#044140
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
617-345-3000 telephone
617-345-3299 facsimile
bbixby@burnslev.com

Dated:  October 31,  2005