UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11809-DPW

| | |
|---|---|
| KRISTIN B. STAVROS,<br>as natural guardian and next friend of<br>JOCEYLYN STAVROS, a minor and beneficiary of<br>THE DOUGLAS J STAVROS<br>REVOCABLE TRUST, dated September 24, 2004,<br>    *Plaintiff*<br><br>v.<br><br>DIANNA M. STAVROS, individually and as<br>Trustee of THE DOUGLAS J STAVROS<br>REVOCABLE TRUST, dated September 24, 2004<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO ENLARGE THE TIME NEEDED TO FILE MOTIONS FOR SUMMARY JUDGMENT

The parties move to enlarge the time to file motions for summary judgment and responses there to. Pursuant to the joint trial schedule, the parties' summary judgment motions are to be filed by December 15, 2005 and responses to initial summary judgment motions by December 30, 2005. The parties now seek to extend the deadline for filing summary judgment motions to January 3, 2006 and responses to summary judgment motions to January 18, 2006. Grounds for this motion are as follows:

1. The parties anticipate that this case will be settled.

2. Additional time to negotiate these terms will facilitate an agreement and prevent unnecessary litigation costs.

The parties respectfully request this Court to enlarge the time for filing summary judgment motions until January 3, 2006 and responses to summary judgment until January 18, 2006.

                                                  Respectfully submitted,
                                                  **DIANNA M. STAVROS,**
                                                  By her Attorneys,

                                                  /s/ Michael L. Altman
                                                  Michael L. Altman, BBO #016800
                                                  Jo Ann Citron BBO # 561164
                                                  Altman & Citron, LLP
                                                  100 Franklin Street
                                                  Boston, MA  02110
                                                  (617) 742-2772

Assented to:

                                                  For Kristin Stavros,
                                                  Guardian of JOCELYN STAVROS,
                                                  By her Attorneys,

                                                  /s/ Alisa L. Hacker
                                                  Brian D. Bixby, BBO #044140
                                                  Alisa L. Hacker, BBO #655050
                                                  Burns & Levinson LLP
                                                  125 Summer Street
                                                  Boston, MA 02110
                                                  (617) 343-3000

Dated: December 15, 2005