UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11809-DPW

|  |  |
|---|---|
| KRISTIN B. STAVROS, as Guardian of JOCELYN STAVROS, a minor and a beneficiary of THE DOUGLAS J STAVROS REVOCABLE TRUST, dated September 24, 2004<br>　　　*Plaintiff*,<br><br>v.<br><br>DIANNA M. STAVROS, individually and as Trustee of THE DOUGLAS J STAVROS REVOCABLE TRUST, dated September 24, 2004<br>　　　*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S STATUS REPORT

　　　This matter commenced as an Equity Complaint filed in the Middlesex Probate and Family Court by Plaintiff, Kristin B. Stavros ("Kristin"), as Guardian of Jocelyn Stavros, a minor and a beneficiary of The Douglas J. Stavros Revocable Trust ("Trust"), against Dianna M. Stavros ("Dianna"), individually and as Trustee of the Trust, after Dianna sent an eviction notice, demanding that Kristin and her five-year-old daughter, Jocelyn, vacate their home. Dianna removed the case to this Court. Kristin's motion to Remand to State Court was denied by this Court on November 3, 2005 (Woodlock, J.).

　　　Dianna is the sister of Kristin's late husband, Douglas J. Stavros ("Douglas") and was named Executrix of his Will and Trustee of the Trust at issue, as part of an estate plan allegedly executed by Douglas on September 24, 2004. There is a pending Will Contest in said Probate Court. On that same date, Douglas also allegedly transferred title to the Trust for the Tewksbury home where he, Kristin, and Jocelyn resided. Douglas died in a snowmobiling accident while on vacation in Canada on January 31, 2005.

**Discovery to date:**

Counsel for Dianna took Kristin's deposition on October 4, 2005, and suspended the deposition, to be continued at a future date, if needed.

Counsel for Dianna noticed depositions for Robert Scarano, William Early, Victor Forsely, Julie Cormier for December 2, 2005, and for Joan Buckley, Edward Buckley, Kara Murray and Dan Murray for December 5, 2005.

Counsel for Kristin noticed depositions for Dianna for December 6, 2005 and for Wayne Pastel for December 7, 2005.

By agreement of counsel, all depositions have been continued pending settlement discussions.

Counsel for Kristin have obtained the decedent's, Douglas J. Stavros, medical records from Chelmsford Family Practice, the Joslin Diabetes Clinic, and Beth Israel Medical Center pursuant to keeper of records subpoena duces tecum served in the related pending Will Contest in The Estate of Douglas J. Stavros, Middlesex Probate & Family Court Docket No. 05P-1467, and provided copies of same to counsel for Dianna.

**Progress towards settlement:**

Counsel for Kristin believe that a settlement of this case has been reached, whereby assets from the Trust will be transferred to a new trust for the benefit of Jocelyn for the purchase of a home for Jocelyn, title to be held by Dianna, as Trustee of the new trust. Details of the new trust's provisions are in the process of being finalized by counsel for Dianna.

**Discovery schedule going forward:**

Kristin proposes the following updated discovery schedule: completion of discovery related to motions for summary judgment by March 16, 2006; motions for summary judgment

filed by April 13, 2006; responses to motions for summary judgment filed by April 27, 2006.

          Plaintiff,
KRISTIN B. STAVROS,
Guardian of JOCELYN STAVROS,
a beneficiary of
The Douglas J. Stavros Revocable Trust
By her attorney,

 **/s/ Alisa L. Hacker**
Brian D. Bixby, BBO#044140
Alisa L. Hacker, BBO#655050
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
617-345-3000 telephone
617-345-3299 facsimile
bbixby@burnslev.com
Dated: January 30, 2006     ahacker@burnslev.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-11809-DPW

| | |
|---|---|
| KRISTIN B. STAVROS, as Guardian of JOCELYN STAVROS, a minor and a beneficiary of THE DOUGLAS J STAVROS REVOCABLE TRUST, dated September 24, 2004<br>*Plaintiff*, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| DIANNA M. STAVROS, individually and as Trustee of THE DOUGLAS J STAVROS REVOCABLE TRUST, dated September 24, 2004<br>*Defendant.* | )<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on January 30, 2006, service of the above Plaintiff's Status Report was made on counsel for Defendant,

        Michael L. Altman, Esq.
        Altman & Citron, LLP
        100 Franklin street
        Boston, MA  02110

By first email and by class mail, postage prepaid.

Dated:  January 30, 2006        **/s/ Alisa L. Hacker**

                Alisa L. Hacker